**EXHIBIT A**

# Ver Ploeg & Marino, P.A.

100 S.E. Second Street, Suite 3300
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033
July 30, 2020

| Client | | Billing through | 7/30/2020 |
|---|---|---|---|
| | | Invoice Number | |
| | | Account Number | |

**Client**
**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/10/19 | SAM | Review/analyze file materials and case law re: | 1.20 |
| 05/10/19 | LMM | Manage data/files download files from referring counsel's dropbox site; save, organize and review same. | 0.80 |
| 05/10/19 | DLG | Researched case law interpreting | 1.50 |
| 05/15/19 | SAM | Review/analyze communications re: proposed amended complaint; respond to client re: | 0.30 |
| 05/21/19 | SAW | Review/analyze file materials, underlying pleadings and policies in preparation for drafting declaratory judgment action | 3.60 |
| 05/21/19 | SAW | Communicate with SAM re          and | 0.20 |
| 05/23/19 | SAW | Draft/revise complaint for declaratory relief | 2.20 |
| 05/27/19 | SAM | Draft/revise complaint for declaratory relief | 0.80 |
| 05/29/19 | SAM | Draft/revise and finalize complaint and letter transmitting courtesy copy of same | 0.40 |
| 05/29/19 | LMM | Review/analyze and organize exhibits to complaint. | 0.60 |
| 07/08/19 | SAW | Begin drafting motion to transfer case to Judge Cynnamon | 0.60 |
| 07/12/19 | SAM | Review/analyze body of emails re: underlying plaintiff requesting leave to intervene in declaratory action | 0.30 |
| 07/12/19 | SAM | Review/analyze notice of remand and remand; advance to client with explanation | 0.40 |
| 07/16/19 | SAM | Review/analyze motion to intervene and related documents | 0.30 |
| 07/16/19 | SAM | Review/analyze and respond to emails re: enlargement of time to answer complaint | 0.30 |
| 07/17/19 | SAM | Review/analyze motion for extension of time and proposed order | 0.30 |
| 07/23/19 | SAW | Draft/revise joint scheduling report and order | 0.60 |
| 07/23/19 | SAW | Communicate (other external) with opposing counsel re joint status report | 0.40 |
| 07/24/19 | SAM | Review/analyze and approve joint pretrial statement and joint conference report | 0.40 |
| 07/26/19 | SAM | Review/analyze motion to intervene by tort plaintiff and related memo of law | 0.30 |
| 07/27/19 | SAM | Review/analyze various federal court orders re: scheduling and magistrate appointments | 0.40 |
| 08/05/19 | SAM | Draft/revise Rule 26 disclosures | 0.30 |
| 08/07/19 | SAM | Draft/revise letter to client re: | 0.30 |
| 08/09/19 | SAM | Review/analyze and comment on Evanston's answer and defenses | 0.40 |
| 08/12/19 | SAM | Communicate (other outside counsel) with opposing counsel re: limiting their affirmative defenses | 0.40 |
| 08/20/19 | SAM | Review/analyze order on m/intervene | 0.20 |
| 08/20/19 | SAM | Review/analyze and respond to emails from counsel re: amending affirmative defenses; respond to same | 0.20 |
| 08/21/19 | SAM | Review/analyze complaint in intervention | 0.30 |
| 08/22/19 | SAM | Review/analyze and respond to emails from counsel re: mediation | 0.30 |
| 08/29/19 | SAM | Draft/revise mediation order | 0.20 |
| 09/06/19 | SAM | Review/analyze answer and defenses to intervenor's complaint | 0.30 |
| 09/06/19 | SAW | Draft/revise motion to strike affirmative defenses | 1.90 |
| 09/09/19 | SAM | Draft/revise M/strike affirmative defenses | 0.40 |
| 09/24/19 | SAM | Communicate (other outside counsel) with Mr. Desai re: depositions | 0.20 |
| 09/27/19 | SAM | Draft/revise reply to m/strike | 0.30 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 09/27/19 | SAW | Research additional cases re ▬▬▬ for reply in support of motion to strike | 0.60 |
| 09/27/19 | SAW | Review/analyze Evanston's response to motion to strike | 0.30 |
| 09/27/19 | SAW | Draft/revise reply in support of motion to strike | 1.90 |
| 10/10/19 | SAW | Review/analyze email from Mr. Desai re deposition of Evanston's corporate representative | 0.10 |
| 10/18/19 | SAM | Communicate (with client) re: ▬▬▬ | 0.30 |
| 10/21/19 | SAM | Review/analyze and respond to numerous emails re: depositions | 0.30 |
| 10/28/19 | SAM | Review/analyze order striking defenses; ▬▬▬ | 0.30 |
| 11/08/19 | SAM | Review/analyze Defendant's second amended answer and aff. defenses | 0.30 |
| 11/19/19 | SAW | Review/analyze Evanston's amended affirmative defenses | 0.50 |
| 12/05/19 | SAM | Communicate (other outside counsel) with Mr. Desai re: 30b6 depositions | 0.30 |
| 12/05/19 | LMM | Plan and prepare materials for corporate representative deposition | 1.50 |
| 12/09/19 | SAW | Appear for/attend Evanston 30(b)(6) deposition (inclusive of travel) | 2.50 |
| 12/09/19 | SAM | Appear for/attend deposition of Evanston corp. rep. | 3.00 |
| 12/09/19 | SAM | Plan and prepare for Evanston's corporate rep depo | 1.20 |
| 12/10/19 | SAM | Communicate (other outside counsel) with Mr. Desai re: possible resolution of issues | 0.40 |
| 12/26/19 | SAW | Draft Motion for extension of time | 0.20 |
| 12/27/19 | MCG | Communicate (other external) with/advance documents to court re Notice of Change of Address and Unopposed Motion for Extension of Time to Respond to Evanston's Statement of Undisputed Material Facts and Motion for Summary Judgment | 0.20 |
| 12/30/19 | SAM | Review/analyze motion for enlargement, appendix and related order | 0.30 |
| 01/09/20 | LMM | Review/analyze and create Case Notebook database, upload 30b6 deposition transcript to same | 0.90 |
| 01/13/20 | SAW | Review/analyze Evanston MSJ and Statement of Facts | 1.00 |
| 01/13/20 | SAW | Review specific ▬▬▬ and ▬▬▬ and ▬▬▬ for use in opposition, research ▬▬▬ | 1.40 |
| 01/14/20 | SAW | Research case law for use in opposition to Evanston motion for summary judgment | 2.90 |
| 01/14/20 | SAW | Review/analyze case law cited in Evanston motion for summary judgment | 1.50 |
| 01/14/20 | SAW | Draft/revise opposition to Evanston motion for summary judgment | 3.20 |
| 01/14/20 | SAW | Draft/revise opposition to Evanston statement of facts | 0.50 |
| 01/15/20 | SAW | Revise opposition to Evanston's motion for summary judgment | 4.10 |
| 01/15/20 | SAM | Communicate (other outside counsel) with Mr. Davis re: litigation update | 0.30 |
| 01/16/20 | LMM | Communicate (other external) advance documents to court re: Motion for Extension of Time | 0.20 |
| 01/21/20 | SAW | Communicate (in firm) re ▬▬▬ | 0.10 |
| 01/22/20 | CAG | Communicate (in firm) with SAM re: ▬▬▬, ▬▬▬ | 0.20 |
| 01/22/20 | CAG | Review/analyze draft opposition to motion for summary judgment, edit and revise same | 1.00 |
| 01/22/20 | CAG | Review/analyze Evanston's deposition transcript for opposition to motion for ▬▬▬ | 0.60 |
| 01/22/20 | AAL | Communicate with SAM regarding ▬▬▬ | 0.30 |
| 01/22/20 | SAM | Communicate (with client) re: ▬▬▬ | 0.20 |
| 01/22/20 | SAM | Draft/revise opp. to MSJ | 0.80 |
| 01/22/20 | SAM | Communicate (other outside counsel) with Mr. Desai (x3) re: mediation issues | 0.70 |
| 01/23/20 | SAM | Draft/revise opp. to Evanston's MSJ | 4.20 |
| 01/23/20 | SAW | Draft/revise mediation statement | 1.10 |
| 01/23/20 | SAW | Revise and finalize opposition to motion for summary judgment | 0.70 |
| 01/24/20 | SAW | Finalize opposition to statement of facts and motion for summary judgment | 0.90 |
| 01/24/20 | AAL | Review/revise response to statement of facts | 0.40 |
| 01/25/20 | SAM | Review/analyze corr. from counsel re: reply to MSJ | 0.30 |
| 01/27/20 | AAL | Attend mediation | 4.00 |
| 01/27/20 | AAL | Communicate with SAW post-mediation regarding ▬▬▬ | 0.20 |
| 01/30/20 | LMM | Communicate (other external) advance documents to court re: Mediators Report | 0.20 |
| 02/06/20 | SAM | Review/analyze Westchester's reply memos re: ▬▬▬ | 0.70 |
| 02/13/20 | SAM | Review/analyze reply to ▬▬▬ | 0.30 |
| 02/17/20 | SAW | Draft motion for summary judgment against Evanston | 4.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/18/20 | SAW | Revise motion for summary judgment for SAM review | 1.30 |
| 02/18/20 | SAW | Research case law on ▮▮▮▮ for motion for summary judgment | 0.90 |
| 02/18/20 | SAW | Draft/revise statement of facts | 1.00 |
| 02/18/20 | AAL | Research regarding ▮▮▮▮ and communicate with SAW regarding ▮▮▮▮ | 0.70 |
| 02/19/20 | SAM | Draft/revise statement of material facts | 0.30 |
| 02/19/20 | SAM | Draft/revise motion for summary judgment | 1.30 |
| 02/19/20 | LMM | Communicate (other external) advance documents to court re: Motion for Summary Judgment | 0.30 |
| 03/05/20 | SAM | Review/analyze Evanston's reply to our opposition to its MSJ | 0.40 |
| 03/05/20 | SAW | Begin drafting reply in support of motion for summary judgment | 1.20 |
| 03/05/20 | SAW | Review/analyze Evanston opposition to motion for summary judgment | 0.80 |
| 03/09/20 | SAW | Review Evanston response to statement of facts | 0.50 |
| 03/09/20 | SAW | Research cases applying ▮▮▮▮ | 1.10 |
| 03/09/20 | SAW | Revise reply in support of motion for summary judgment | 3.20 |
| 03/11/20 | SAW | Finalize reply for filing | 0.40 |
| 03/11/20 | SAM | Draft/revise reply to motion for summary judgment | 0.50 |
| 03/11/20 | LMM | Communicate (other external) advance documents to court re: Reply to Motion for Summary Judgment | 0.20 |
| 05/04/20 | SAW | Review/analyze 51 page court order re: MSJ | 0.50 |
| 05/04/20 | SAM | Review/analyze Report and Recommendation; ▮▮▮▮ | 0.50 |
| 05/04/20 | SAW | Analysis of remaining court deadlines and strategy for ▮▮▮▮ | 0.50 |
| 05/08/20 | SAM | Communicate (other outside counsel) with Mr. Kaplan re: extension to file objections | 0.20 |
| 05/11/20 | SAM | Review/analyze m/extension of time | 0.20 |
| 05/12/20 | SAM | Review/analyze order on m/extension of time | 0.20 |
| 05/18/20 | SAW | Draft/revise joint motion to stay all pending pretrial deadlines | 0.50 |
| 05/19/20 | SAM | Draft/revise joint motion to stay deadlines | 0.40 |
| 05/20/20 | SAM | Review/analyze order granting extension | 0.20 |
| 05/21/20 | MCG | Communicate (other external) with advance documents to court re Joint Motion to Stay Deadlines Pending Ruling on Omnibus Report & Recommendation | 0.20 |
| 06/08/20 | SAW | Review Westchester objections | 0.30 |
| 06/09/20 | SAM | Review/analyze Objections to the Magistrate's Report and Recommendation | 0.40 |
| 06/10/20 | SAM | Review/analyze order re: enlargement of time | 0.20 |
| 06/24/20 | SAW | Research recent cases re ▮▮▮▮ opposition to Evanston objections | 0.90 |
| 06/24/20 | SAW | Review/analyze Evanston objections and review cases cited therein | 0.80 |
| 06/24/20 | SAW | Draft/revise opposition to Evanston's objections to report and recommendation | 3.20 |
| 06/25/20 | SAW | Revise opposition to objections to report and recommendation | 2.10 |
| 07/02/20 | SAW | Revise argument section re response to Evanston's objections | 1.90 |
| 07/06/20 | LMM | Communicate (other external) advance documents to court re: Response to Objections | 0.20 |
| 07/06/20 | SAM | Review/analyze order re: extension | 0.20 |
| 07/06/20 | SAM | Draft/revise and re-revise opp. to Evanston's objections to R&R | 3.20 |
| 07/14/20 | SAM | Draft/revise audit letter | 0.30 |
| 07/14/20 | SAM | Review/analyze order staying case | 0.20 |
| 07/18/20 | SAM | Review/analyze memo re: objections to R&R | 0.30 |
| 07/29/20 | SAW | Draft/revise email to all counsel re final judgment motion | 0.10 |
| 07/29/20 | SAW | Draft/revise motion for partial final judgment | 0.40 |
| 07/31/20 | SAM | Communicate (other outside counsel) with Mr. Kaplan re: motions on judgment | 0.20 |
| 08/03/20 | SAM | Review/analyze letter from Mr. Kaplan re: responding to settlement demand | 0.20 |
| 08/03/20 | LMM | Review/analyze demand letter; save same to data drive | 0.20 |
| 08/04/20 | SAW | Communicate with counsel for Evanston re partial final judgment | 0.30 |
| 08/04/20 | SAW | Review/analyze Evanston proposed 54(b) motion and respond to same via email | 0.30 |
| 08/04/20 | SAM | Communicate (other outside counsel) with insurer's counsel by email and phone re: entry of judgment | 0.40 |
| 08/12/20 | SAM | Review/analyze response to settlement demand | 0.20 |
| 08/12/20 | SAW | Redline Evanston proposed final judgment motion | 0.40 |

| Date | TK | Description | Hours |
|---|---|---|---|
| 09/02/20 | SAM | Review/analyze and comment on proposed motion for entry of judgment | 0.30 |
| 09/02/20 | SAM | Review/analyze and respond to numerous emails re: entry of judgment | 0.40 |
| 09/02/20 | SAW | Review/analyze proposed motion and judgment | 0.20 |
| 09/02/20 | SAW | Communicate with K. Heifferman | 0.20 |
| 09/11/20 | SAM | Communicate (other outside counsel) with Mr. Kaplan re: revisions to joint motion | 0.20 |
| 09/17/20 | SAM | Review/analyze and comment on proposed motions/judgments | 0.40 |
| 10/05/20 | SAW | Email correspondence with K. Heifferman | 0.20 |
| 10/06/20 | SAW | Communicate with Westchester re ▇▇▇▇ | 0.10 |
| 10/09/20 | SAW | Draft joint status report | 0.20 |
| 10/09/20 | SAW | Draft email to Z. Freidman re ▇▇▇▇ | 0.10 |
| 10/12/20 | LMM | Communicate (other external) advance documents to court re: Status Report | 0.20 |
| 10/12/20 | SAW | Revise joint status report per comments from Evanston | 0.10 |
| 10/13/20 | SAM | Review/analyze and comment on m/withdraw | 0.20 |
| 10/21/20 | SAM | Review/analyze motion and order re: withdrawing | 0.20 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Garcia, Monica C. | 0.40 | 230.00 | $ 92.00 |
| Gudaitis, Christine A. | 1.80 | 540.00 | $ 972.00 |
| Gross, Daniel L. | 1.50 | 260.00 | $ 390.00 |
| Li, Ayra A | 5.60 | 425.00 | $2,380.00 |
| Mulhall, Linda M. | 5.30 | 255.00 | $1,351.50 |
| Marino, Stephen A. | 34.80 | 500.00 | $17,400.00 |
| Weeks, S. Alice | 60.90 | 300.00 | $18,270.00 |
| **Total fees for this matter** | **110.30 hrs.** | | **$40,855.50** |