# EXHIBIT B

**EXHIBIT B**

BRENTON N. VER PLOEG
R. HUGH LUMPKIN
STEPHEN A. MARINO, JR.
CHRISTINE A. GUDAITIS
MATTHEW B. WEAVER
BENJAMIN C. HASSEBROCK
ROCHELLE N. WIMBUSH

**VER PLOEG & LUMPKIN, P.A.**

ARYA A. LI
MICHAL MEILER
CHRISTOPHER T. KULEBA
CAMILLA J. COHEN
S. ALICE WEEKS
OLIVIA J. HANSEN
DANIEL L. GROSS

ANDREW L. GORDON, OF COUNSEL
ROBERT P. MAJOR, OF COUNSEL
ASHLEY B. JORDAN, OF COUNSEL

E-MAIL: VPL-LAW@VPL-LAW.COM
WEBSITE: WWW.VPL-LAW.COM

April 17, 2019

**VIA E-MAIL**
mvaldes@westchesterhospital.com

ATTORNEY-CLIENT
PRIVILEGED AND CONFIDENTIAL

Westchester General Hospital, Inc.
c/o Mary Valdes
2500 S.W. 75th Avenue
Miami, FL 33155

Re:   Jane Doe and John Doe v. Westchester General Hospital, Inc., et al.
      Case No.: 19-001417 CA (09)

Dear Ms. Valdes:

Thank you for retaining the law firm of Ver Ploeg & Lumpkin, P.A. to represent Westchester General Hospital, Inc. with regard to the insurance coverage interests arising from the above captioned matter. This Agreement provides for the retention of this firm on an hourly basis in connection with our limited undertaking as described below.

### Description of Limited Engagement

You have engaged us to provide legal advice and representation in a matter involving certain insurance coverage issues arising from a claim being made against the hospital. We propose to work on an hourly basis. You agree to provide us with a $2,500 initial retainer and to pay us attorney's fees based upon our hourly rates. The retainer will be held and billing will be provided on a monthly basis. At the end of the matter, the retainer will be returned to you unless it is necessary for us to deduct unpaid bills from it.

Based on my relationship with Nosich & Ganz, I will bill at a discounted rate of $500/hour, my standard rate being $725/hour. Associates will bill at a uniform rate of $300/hour. Costs will be additional but will be nominal unless litigation is required. Florida law entitles insureds whose policies are issued for delivery in Florida to recover their attorneys' fees if they are successful in a lawsuit where their coverage is contested. In the event that we are successful in such a lawsuit we will endeavor to recover our fees from the insurer.

100 S.E. SECOND STREET – 30TH FLOOR – MIAMI, FL 33131–2158
TELEPHONE: (305) 577–3996   FACSIMILE: (305) 577–3558

CAPITAL PLAZA TWO – 301 E. PINE STREET, SUITE 790 – ORLANDO, FL 32801
TELEPHONE: (407) 380–9312   FACSIMILE: (407) 601-7905

Westchester General Hospital, Inc.
c/o Mary Valdes
April 17, 2019
Page 2 of 2

_____

      Periodic statements for in-house charges and out-of-pocket expenses are due upon receipt. You agree to be responsible for costs we deem appropriate for the handling of your matter. Fees and costs will be billed to you on a monthly basis.

      If the terms of our representation outlined above are satisfactory, please execute this agreement in the space below and return the original, along with a check for the retainer.

Sincerely,

*[signature: Michael Mahler for]*

Stephen A. Marino, Jr.

Reviewed and accepted by:

*[signature]*
_____
Westchester General Hospital, Inc.
By: Rudy Garcia, CEO

      4/18/2019
_____
Date

268204