UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-22831-KMW/EGT

WESTCHESTER GENERAL HOSPITAL, INC.,

    *Plaintiff,*

v.

EVANSTON INSURANCE COMPANY,

    *Defendant.*
_____/

JANE DOE and JOHN DOE, her husband,

    *Plaintiffs/Intervenors,*

v.

EVANSTON INSURANCE COMPANY,

    *Defendant.*
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

THIS MATTER having come before the Court on Plaintiff, Westchester General Hospital, Inc.'s, Motion for Attorney's Fees and Costs [D.E. ____], and the Court having reviewed the Motion, and being otherwise fully advised in the Premises, it is,

ORDERED AND ADJUDGED that:

Westchester's Motion [D.E. ___] is hereby GRANTED to the extent Westchester is the prevailing party in the pending appeal of this Court's Order granting Westchester's Motion for Summary Judgment as to the GL policy and the Umbrella policy and denying Evanston's Motion for Summary Judgment as to the GL policy and the Umbrella policy [D.E. 91].

Case No.: 1:19-cv-22831-KMW/EGT

DONE AND ORDERED, in Chambers, at Miami-Dade County, Florida, this \_\_\_ day of _____, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record