UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-22831-WILLIAMS

WESTCHESTER GENERAL HOSPITAL, INC.,

    *Plaintiff,*

v.

EVANSTON INSURANCE COMPANY,

    *Defendant.*
_____/

SAMANTHA CLEVES, as Personal Representative
of JANE DOE, deceased and JOHN DOE, her husband,

    *Plaintiffs/Intervenors,*

v.

EVANSTON INSURANCE COMPANY,

    *Defendant.*
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, WESTCHESTER GENERAL HOSPITAL, INC. ("Westchester"), SAMANTHA CLEVES, as Personal Representative of JANE DOE, deceased and JOHN DOE, her husband ("Cleves"), and EVANSTON INSURANCE COMPANY ("Evanston"), pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(a)(ii) and this Court's Order Requiring Joint Stipulation of Dismissal [D.E. 124], jointly stipulate to the dismissal with prejudice of the captioned action, with all Parties hereto to bear her/its own respective costs and attorneys' fees.

Dated: July 27, 2023

Respectfully submitted,

| | |
|---|---|
| **VER PLOEG & MARINO, P.A.** | **KAPLAN ZEENA LLP** |
| 100 S.E. Second Street, 30th Floor | 2 South Biscayne Blvd., Suite 3050 |
| Miami, FL 33131 | Miami, FL 33131 |
| Tel. 305-577-3996 | Tel. 305-530-0800 |
| Fax 305-577-3558 | Fax 305-530-0801 |

/s/ *Stephen A. Marino, Jr.*
**Stephen A. Marino, Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
smcgee@vpm-legal.com
**Benjamin C. Hassebrock, Esq.**
Florida Bar No. 79170
bhassebrock@vpm-legal.com
lmulhall@vpm-legal.com
*Counsel for Westchester General Hospital, Inc.*

/s/ *James M. Kaplan*
**James M. Kaplan, Esq.**
Florida Bar No. 921040
james.kaplan@kaplanzeena.com
elizabeth.salom@kaplanzeena.com
service@kaplanzeena.com
**Kimberly S. Heifferman, Esq.**
Florida Bar No. 055996
kimberly.heifferman@kaplanzeena.com
cheryl.mingo@kaplanzeena.com
*Counsel for Evanston Insurance Company*

**FRIEDMAN & FRIEDMAN, P.A.**
2600 Douglas Road, Suite 1011
Coral Gables, FL 33134
Tel. 305-446-6485
Fax 305-448-7636

/s/ *John S. Seligman*
**John S. Seligman, Esq.**
Florida Bar No. 368091
john@friedmantriallawyers.com
susy@friedmantriallawyers.com
**Zachary Friedman, Esq.**
Florida Bar No.: 117506
zach@friedmantriallawyers.com
*Counsel for SAMANTHA CLEVES, as Personal Representative of JANE DOE, deceased and JOHN DOE, her husband*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   /s/James M. Kaplan
JAMES M. KAPLAN

## SERVICE LIST

| | |
|---|---|
| Stephen A. Marino, Jr., Esq. | Gary Alan Friedman, Esquire |
| Benjamin C. Hassebrock, Esq. | John S. Seligman, Esquire |
| **VER PLOEG & MARINO, P.A.** | **FRIEDMAN & FRIEDMAN, P.A.** |
| 100 S.E. Second Street, Suite 3300 | 2600 Douglas Road, Suite 1011 |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| Tel: (305) 577-3996 | Tel: (305) 446-6485 |
| smarino@vpm-legal.com | gary@friedmantriallawyers.com |
| smcgee@vpm-legal.com | john@friedmantriallawyers.com |
| *Counsel for Plaintiff,* | susy@friedmantriallawyers.com |
| *Westchester General Hospital, Inc.* | *Counsel for Jane and John Doe* |